EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 2 2004

at \_\_ o'clock and \_\_ min. \_\_ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR04 00360 DAE |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) 18 U.S.C. §§ 922(g)(1) & |
| DUANE K. PERREIRA, | )   924(a)(2) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1
(18 U.S.C. §§ 922(g)(1) & 924(a)(2))

The Grand Jury charges that:

On or about June 28, 2004, in the District of Hawaii, the defendant DUANE K. PERREIRA, having been previously convicted of a crime punishable by a term of imprisonment of greater than one year, did knowingly possess in and affecting commerce a firearm, to wit, a .25 caliber handgun, bearing serial number CDM 4581, that was manufactured abroad and transported in interstate and foreign commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: Sept. 22, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. DUANE K. PERREIRA
Cr. No.        (Indictment)